## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Faustino Chapa, IV

                      Plaintiff,

v.                                        Case No.: 1:13–cv–03957
                                                    Honorable Harry D. Leinenweber

Trugreen, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Fairness Hearing held on 1/27/2015. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement is granted. Plaintiff's Motion for Award of Attorneys fees and for service award to the class representative is granted. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.